UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREA TUCKER | ( CIVIL ACTION: **15-7133** |
| VERSUS | ( SECTION: |
| UNITECH TRAINING ACADEMY, MICHELLE HAMMOCHE, officially ALANA FARRAZIN, officially | ( MAGISTRATE: **SECT. J MAG 2** |
| FILED:_____, 2015 | ( |
| | _____ |
| | CLERK OF COURT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>PETITION FOR DAMAGES AND REQUEST FOR TRIAL BY JURY</u>

I.

JURISDICTION

1.) The jurisdictional authority of the court to hear and decide this matter is invoked pursuant to 28 U.S.C. §§ 1331, 1343 and 1367.

2.) Venue is proper pursuant 28 U.S.C. § 1391 as the events or occurrences transpired within the judicial district of the court.

II.

PARTIES

3.) Andrea Tucker is a person of full age of majority and domicile in the Parish of Orleans.

4.) Unitech Training Acadamy is an educational institution authorized and doing business in the state of Louisiana.

5.) Michelle Hammoche is a person of full age of majority and Director of Administration for Unitech Training Academy.

✗ Fee pauper
___ Process_____
✗ Dktd _____
___ CtRmDep_____
___ Doc. No._____

6.) Alana Farrazin is a person of full age of majority and Director of Education for Unitech Training Academy.

### III.

### NATURE OF THE CASE

7.) This action is brought pursuant to U.S. Constitution 5th Amendment, Title VII of the Civil Rights Act of 1964, American with Disability Act, and Retaliation.

### IV.

### STATEMENT OF THE CASE

8. Plaintiff is an African American female with a physical disability.

9. Defendant, Unitech Tranining Academy is an arm of the state and receives federal financial assistance to fund their programs.

10. Defendants, Michelle Hammoche and Alana Farrazin at all times during this filing of the preliminary and subsequent proceeding was acting on behalf of Unitech.

11. On August 15, 2014, Mrs. Tucker was interviewed by Unitech Academy for a position as an Administrative Medical Assistant Instructor with the Campus Director and V.P. or Student Affairs with the Corporate office.

12. She was hired on the spot despite being morbidly obese weighing 390 pounds.

13. During the interview, Mrs. Tucker alerted them that, she was preparing to undergo Gastric Bypass surgery on August 29, 2014.

14. However, she would be able to commence work on August 18, 2014, as scheduled by the defendants.

15. Plaintiff commenced work on the August 18, 2014, and was provided one of day training and determined ready to begin teaching.

16. On August 29, 2014, Mrs. Tucker had surgery and was released from the hospital on the 31st day of August, 2014.

17. Because September 1, 2014 was labor day and the school was closed, Mrs. Tucker returned to work on September 2, 2014. Only missing work 1 day, the Friday before. She didn't miss any classroom time as Friday's were for meetings.

18. Everything was going well, Mrs. Tucker was enjoying her new career. Ms. Tucker was recognized for her accomplishments on the job by her class and the school.

19. Defendants and students showed their appreciation by awarding her with gifts.

20. She was evaluated and was given excellent evaluation.

21. In November, her class begun computer requirments, which were required to retain accredidation and needed to be completed in order to graduate.

22. The first issue, was once the module was completed, as they had to complete multiple modules, they had to print it out in order that Mrs. Tucker could grade the assignment.

23. She told the office that the ink in the printer in her classroom was out of ink and requested they order new ink.

24. She was told by administration, that she was told by the Campus Director not ot order any more ink for the classroom. Please note the ink in the printer was replaced 1 time since Mrs. Tucker began her employment.

25. Ms. Tucker complained that due to her obesity and the fact that the elevator was often out of order requiring Mrs. Tucker to walk 4 flights of steps causing her to endure severe pain, shortness of Breath, among other things. She would have to take several breaks in order to walk up or down the steps.

26. The Secretary told Mrs. Tucker she needed to talk to the Campus Director if she had

any issues with it.

27. Mrs. Tucker approached the Director and asked for ink for her classroom, and the Director told her that she was not buying any ink for her classroom despite the fact that Mrs. Tucker was obese weighing 390 pounds, and that she must use the printer in the office.

28. Because students complete each module at different times, and considering the fact that students were not allowed in the office where the printer she was being instructed to use was located, Mrs. Tucker would be required to walk up and down 4 flights of stairs multiple times a day to use the printer in the office.

29. Mrs. Tucker consulted with corporate offices I.T. Department about the printer situation. Corporate knew about Mrs. Tucker's disability ( obesity ) recovery from the surgery, as the V.P. of Student Affairs was their for her hire when she explained her condition and surgery.

30. It was through this conversation with the Corporate I.T. department which were followed with many more, that it was discovered that prior students were promoted w/o completing required Computer Modules have to malfunctions and glitches that had existed for quite a while.

31. In the past 2 weeks in January on or around about the 15th corporate sent a representative, Mrs. Tucker's class to discuss the issue with the printer among other complaints.

32. The corporate advised Mrs. Tucker and her class that they by all means could afford ink and that they would have all the ink they needed. The corporate representative addressed the Director, in front of the students and Mrs. Tucker ordering the Director to

immediately order 6 packs of ink to start with.

33. The Director Hammoche made false statements in front of the entire class and stated that ink was never a problem.

34. The Director of Campus and Education met, subsequent the corporate meeting on January 23, 2015, escorted Mrs Tucker to her classroom and terminated her employment.

35. Plaintiff shows this court that, defendant Directors both agreed to terminate her employment because she reported the defalcation of funds appropriate for students supplies to corporate office.

36. Plaintiff contends that, defendant Directors retaliated against her for reporting the circumstances at Unitech Training Academy corporate office.

37. Plaintiff contends that, Directors assured her that there were no problems, and then terminated her employment without the knowledge or approval of corporate office.

38. Plaintiff is suffering and will continue to suffer without court intervention.

V.

PRAYER FOR RELIEF

1. Plaintiff prays that, she is authorized to exercise her U.S. Constitution 7th Amendment right of a trial by jury.

2. Plaintiff prays that, defendants are held in violation of the constitutional and statutory laws cited in the nature of this case.

3. Plaintiff prays that, defendants are found liable for their acts / misconducts.

4. Plaintiff prays that, Unitech Training Acadamy is held vicariously liable for acts / omissions of their staff / employees.

5. Plaintiff prays that, this Honorable Court awards her back and front pay in the form of

compensatory damages, and punitive damages for employment practices determined as contraventions of law.

**WHEREFORE,** plaintiff prays that this Honorable Court issues summon and complaint on defendant parties, and they are made to appear and answer same. Plaintiff further prays that, after all legal delays and due proceedings that a judgment is granted in her favor and against defendants with all general and equitable relief proper in the premise of this case including but not limited to, court cost, attorney fees, out of pocket expenses, penalties and interest from the judicial date of demand until paid in full.

Respectfully Submitted

By: *Andrea L. Tucker*

Andrea Tucker / In Proper Person
85 Carriage Lane
Destrehan, LA. 70047
( 504 ) 559-3970