UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREA TUCKER | CIVIL ACTION |
| VERSUS | NUMBER: 15-7133 |
| UNITECH TRAINING ACADEMY ET AL | SECTION: "J" (2) |

## JUDGMENT

Considering the Court's Order and Reasons issued, January 18, 2019, and Order issued, August 24, 2018, filed herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants, Unitech Training Academy, Inc., Michelle Hammothe and Alana Sarrazin, and against plaintiff, Andrea Tucker, dismissing the plaintiff's claims with prejudice.

New Orleans, Louisiana, this 22nd day of January, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE