UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| ANDREA TUCKER | ) | CIVIL ACTION: 2:15-cv-7133 |
| --- | --- | --- |
| | ) | |
| VERSUS | ) | SECTION: "J" |
| | ) | |
| UNITECH TRAINING ACADEMY, ET AL | ) | MAGISTRATE: (2) |
| | ) | |
| FILED:_____, 2018 | ) | _____ |
| | ) | CLERK OF COURT |

## NOTICE OF APPEAL

Please take notice that, plaintiff Andrea Tucker will file an appeal to the Fifth Circuit Court of Appeal from the final judgment rendered by Judge Carl Barbier issued on January 18, 2019. Plaintiff seeks review on the grounds that the judgment is 1) Biased and prejudiced, 2) plain error, 3) manifest error, 4) constitutional error, 5) fraud and fraud on the court.

In addition, plaintiff seeks recusal of Judge Carl Barbier pursuant to 28 U.S.C. §§§ 144, 453, and 455(a). The judgment is contrary to the facts, law and evidence of the case, and this appeal is timely filed for purpose of appeal. This appeal is taken as a matter of right, and is not frivolous.

Respectfully Submitted,

 s/ Lena Rachal Hinton
LENA RACHAL HINTON
LSBA #32875
2528 Tulane Avenue
New Orleans, Louisiana 70119
(504) 298-2203
lenahintonesquire@gmail.com