# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 29, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-30066    Andrea Tucker v. Unitech Training Academy, Inc., et al
                         USDC No. 2:15-CV-7133

The court has granted an extension of time to and including April 3, 2019 for filing appellant's/petitioner's brief in this case.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Majella A. Sutton, Deputy Clerk
                                  504-310-7680

Mr. William W. Blevins
Mr. Kyle Liney Gideon
Ms. Lena Hinton